UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIETA POSTOLI,<br>         Plaintiff,<br><br>    v.<br><br>BOSTON LAND COMPANY SERVICES,<br>INC.,<br>         Defendant. | No. 3:14-cv-1225 (SRU) |

## ORDER

The court has reviewed plaintiff Marieta Postoli's complaint (doc. 1) to determine the basis for federal subject matter jurisdiction. The parties do not assert that diversity is a basis for jurisdiction. The case was removed solely on the basis of federal question jurisdiction, but from the face of the complaint, it is not clear whether that jurisdiction exists.

Postoli alleges that the defendant violated the Connecticut Fair Employment Practices Act and Connecticut tort law in connection with her termination as the defendant's employee. She previously filed a charge of discrimination with the Commission on Human Rights and Opportunities and with the Equal Employment Opportunities Commission, and she includes a copy of the charge as Exhibit 1 to her complaint.  Although the earlier administrative complaint is based in part on Title VII of the Civil Rights Act of 1964, it is not clear from the face of the complaint that she is pursuing that federal claim in court.  If her complaint does not rely upon Title VII, then none of Postoli's claims rely upon federal law, and her complaint does not satisfy federal question jurisdiction under 28 U.S.C. § 1331.

Accordingly, Postoli is hereby **ORDERED** to file a statement clarifying whether she is bringing her complaint under state law or under both state and federal law.  Postoli shall submit any response to this order by **October 27, 2014.**

It is so ordered.

Dated at Bridgeport, Connecticut, this 6th day of October 2014.

                                                /s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge